UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-286-JSM-UAM

JUAN GABRIEL RIOS-SILVA, ET AL

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney Joseph Ruddy.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Daniel Baeza*
DANIEL BAEZA
Assistant United States Attorney
USAO No. 164
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Daniel.Baeza@usdoj.gov

U.S. v. Juan Gabriel Rios-Silva, et al        Case No. 8:21-cr-286-JSM-UAM

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Defense Counsel of Record

/s/ Daniel Baeza
DANIEL BAEZA
Assistant United States Attorney
USAO No. 164
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Daniel.Baeza@usdoj.gov