**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

| | |
|---|---|
| CASE NO. 8:21-cr-286-JSM-UAM | DATE: December 20, 2023 |
| TITLE: **United States of America v. Juan Gabriel Rios-Silva** | |
| TIME: 9:45 AM – 9:53 AM | TOTAL: 8 minutes |

| | |
|---|---|
| Courtroom Deputy: Kristin Carreon | Interpreter: N/A |
| Court Reporter: Tana Hess | |

| | |
|---|---|
| Counsel for Government: | Dan Baeza and Michael Leath, AUSAs |
| Counsel for Defendant: | Frank Prieto, Retained (Deft. Juan Gabriel Rios-Silva) |
| | Jose-Carlos Antonio Villanueva, Temporarily Retained (Deft. Milton Orlando Rios-Silva) |

## CRIMINAL MINUTES: TELEPHONIC STATUS CONFERENCE

Court in session and counsel identified for the record. Defendant's presence was not required. All parties appear via phone. Temporarily retained counsel for Deft. Milton Orlando Rios-Silva was also present.

Case is set for (date certain) jury trial starting on Monday, January 8, 2024. The Court heard from the parties regarding trial readiness.

Oral Motion to Continue Trial by Government. Defendant Juan Gabrial Rios-Silva objected to continuance. For the reasons stated on the record, the Motion is granted. This case is placed on the **JANUARY 2025 Trial Term**. Ends of Justice finding made – continued pending co-defendant Milton Orlando Rios-Silva's extradition from Columbia to the United States (could take upwards of 10 months.)

Counsel to continue filing joint monthly status reports by the 10th day of each month.

Separate order to follow.

Court adjourned.