UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:21-cr-286-JSM-NHA

JUAN GABRIEL RIOS-SILVA, and
MILTON ORLANDO RIOS-SILVA

**UNITED STATES' NOTICE OF FILING DECLARATIONS OF
AUTHENTICATION OF BUSINESS RECORDS OF CITIBANK AND
BANK OF AMERICA**

The United States of America, by and through the undersigned, hereby

files Declarations of Authentication of Business Records concerning records

from the following entities:

| Description | Bates Range |
|---|---|
| **CITIBANK** | |
| Bank Records | Rios-Silva: 109933-109934 |
| **BANK OF AMERICA** | |
| Bank Records | Rios-Silva: 102796-102801; 103410-103411 |

The Declarations of Authentication of Business Records are

Attachment A for Citibank, and Attachment B for Bank of America. In filing

this notice and attached declarations and serving the same upon the defendant

in this case, the United States provides notice that it may offer one or more of the records identified in the declarations into evidence at trial in this case, pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence.

Said records are in the United States' possession and have been made available as part of discovery.

Respectfully submitted,

SARA C. SWEENEY
Acting United States Attorney

By:   /s/ Michael Leath
Michael Leath
Special Assistant United States Attorney
United States Attorney No. 217
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Leath@usdoj.gov

2

**U.S. v. Rios-Silva**                    **Case No. 8:21-cr-286-JSM-NHA**

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which

will send a notice of electronic filing to the following:

Defense counsel of record

> */s/ Michael Leath*
> Michael Leath
> Special Assistant United States Attorney
> United States Attorney No. 217
> 400 N. Tampa St., Ste. 3200
> Tampa, FL 33602-4798
> Telephone: (813) 274-6000
> Facsimile: (813) 274-6358
> E-mail: Michael.Leath@usdoj.gov

3