UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:21-cr-286-JSM-NHA

JUAN GABRIEL RIOS-SILVA, and
MILTON ORLANDO RIOS-SILVA

**NOTICE OF INTENT TO OFFER FOREIGN RECORD OF REGULARLY CONDUCTED ACTIVITY**

The United States provides notice that it intends to offer the document attached as Exhibit A into evidence at trial under 18 U.S.C. § 3505 and Rule 803(6). Exhibit A is a certificate of authenticity for business records kept in the course of regularly conducted business activity for Almacen Andino, a Colombian dealer of Yamaha Motors. Exhibit A covers records for the following:

| Description: | Bates Range: |
|---|---|
| **ALMACEN ANDINO** | |
| Purchase Records for Yamaha Motors | Rios-Silva: 120367-120381 |

The records are in the United States' possession and were made available as part of discovery.

                          Respectfully submitted,

                          SARA C. SWEENEY
                          Acting United States Attorney

By:      /s/ *Michael Leath*
          Michael Leath
          Special Assistant United States Attorney
          United States Attorney No. 217
          400 N. Tampa St., Ste. 3200
          Tampa, FL 33602-4798
          Telephone: (813) 274-6000
          Facsimile: (813) 274-6358
          E-mail: Michael.Leath@usdoj.gov

U.S. v. Rios-Silva					Case No. 8:21-cr-286-JSM-NHA

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By:  /s/ *Michael Leath*
Michael Leath
Special Assistant United States Attorney
United States Attorney No. 217
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Leath@usdoj.gov