# BUSINESS RECORDS
## CERTIFICATE OF AUTHENTICITY

I, JUAN CARLOS DUQUE RESTREPO, am employed by Eduardouo SAS, carrera 15 #88-21 of 401, Bogota D.C., Tel 6044445888, contabilidad@eduardouo.com

(Name, address, phone number and email address of the business entity)

My official title is GERENTE GENERAL.

I am familiar with the type of documents and records received, created, and relied upon by Eduardouo SAS

(name of business entity)

in the ordinary course of its business.

*List Documents*

I further certify that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;
B) such records were kept in the course of a regularly conducted business activity;
C) the business activity made such records as a regular practice; and
D) if such record is not an original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_____        12-26-2023
SIGNATURE                       DATE

RIOS-SILVA-120366

**ALMACEN ANDINO**
TUMACO NARIÑO
FUNDADA EN 1980

Palacios Ortiz Carlos Teonilo NIT. 6.159.888-9
FERRETERIA Tel. 727 2039 Calle Sucre Tumaco - almacenandinotumaco@hotmail.com
ELECTRODOMESTICOS Telefax: 727 2401 Calle Sucre Tumaco
YAMAHA MOTORES Y MOTOS Tel. 727 2475 Calle Sucre Tumaco

**FACTURA DE VENTA No. 120367**

00000126967

| Nombre: | JORGE SILVIO MOSQUERA | Fecha: | 2017/11/10 |
| --- | --- | --- | --- |
| Dirección: | AVENIDA DE LOS ESTUDIANTES | Vcto: | 2017/11/10 |
| Ciudad: | TUMACO  Tel: 00000000000  Nit: 13.053.704 | | |

| Referencia | Descripcion | Cantidad | V/R. Unitario | V/R. Total |
| --- | --- | --- | --- | --- |
| E75BMHDX | MOTOR F/BORDA YAMAHA E75BMHDX. SERIE 65JKX-1003434 | 1.00 | 21.000.000,00 | 21.000.000,00 |

Comentario:
VENCIMIENTOS:
0000/00/00   21.000.000,00

FORMULARIO No. 352017000342744-7
PETICION Sr. MILTON RIOS

RES. DIAN No. 18762001300888
DE FECHA 2016/11/24
DESDE 00000120200 AL 00000125000
HABILITA

DCTO  0,00
I.V.A.  0,00
VALOR A PAGAR  21.000.000,00

SON: VEINTIUN MILLONES DE PESOS

Esta Factura de Venta se asimila en sus efectos legales a la Letra de Cambio (Segun el articulo 774 del Codigo de Comercio):
Con esta el Comprador declara haber recibido real y materialmente las mercancias y/o servicios descritos en este Titulo-Valor.
Nos reservamos el derecho de dominio sobre la mercancia hasta la cancelacion total de esta Factura de Venta.

**NO SOMOS RETENEDORES DE I.V.A.**
**I.V.A. - REGIMEN COMUN**

martha
Elaboró    Revisó    Aprobó    Aceptada (Firma y Sello) C.C.

Autorizacion Numeracion de Facturacion N° 18762003604712 FECHA: 2017/06/09 DEL N° 125001 AL N° 140000 AUTORIZA Vigencia 12 Meses

Impreso por: Graficas Rubi y/o Rubiela Aleysi Jovel Mazo Nit: 66.832.506-5 Cel. 316 564 1179 Cali - Valle

RIOS-SILVA-120367

# ALMACEN ANDINO

**Palacios Ortiz Carlos Teonilo** NIT. 6.159.888-9
FERRETERIA Tel. 727 2039 Calle Sucre Tumaco - almacenandinotumaco@hotmail.com
ELECTRODOMESTICOS Telefax: 727 2401 Calle Sucre Tumaco
YAMAHA MOTORES Y MOTOS Tel. 727 2475 Calle Sucre Tumaco

**FACTURA DE VENTA No. 120963**

No. 00000126963

| Nombre: | JORGE SILVIO MOSQUERA | | Fecha: | 2017/11/10 |
| Dirección: | AVENIDA DE LOS ESTUDIANTES | | Vcto: | 2017/11/10 |
| Ciudad: | TUMACO | Tel: 00000000000 Nit: 13.053.700 | | |

| Referencia | Descripcion | Cantidad | V/R. Unitario | V/R. Total |
|---|---|---|---|---|
| E75BMHDX | MOTOR F/BORDA YAMAHA E75BMHDX, SERIE 6GJKX-1003435 | 1.00 | 21.000.000,00 | 21.000.000,00 |

Comentario:
VENCIMIENTOS:
FORMULARIO No. 352017000342744-7
0000/00/00    21.000.000,00

RES. DIAN No. 18762001300888
DE FECHA 2016/11/29
DESDE 00000120200 AL 00000125000
HABILITA

DCTO    0,00
I.V.A.    0,00
VALOR A PAGAR    21.000.000,00

SON: VEINTIUN MILLONES DE PESOS

Esta Factura de Venta se asimila en sus efectos legales a la Letra de Cambio (Según el artículo 774 del Código de Comercio):
Con esta el Comprador declara haber recibido real y materialmente, las mercancías y/o servicios descritos en este Título-Valor.
Nos reservamos el derecho de dominio sobre la mercancía hasta la cancelación total de esta Factura de Venta.

**NO SOMOS RETENEDORES DE I.V.A.**
**I.V.A. - REGIMEN COMUN**

Elaboró: martha    Revisó    Aprobó    Aceptada (Firma y Sello) C.C.

# ALMACEN ANDINO

Palacios Ortiz Carlos Teonilo NIT. 6.159.888-9
FERRETERIA Tel. 727 2039 Calle Sucre Tumaco - almacenandinotumaco@hotmail.com
ELECTRODOMESTICOS Telefax: 727 2401 Calle Sucre Tumaco
YAMAHA MOTORES Y MOTOS Tel. 727 2475 Calle Sucre Tumaco

FUNDADA EN 1980

**FACTURA DE VENTA No.** 126966

00000126966

| Nombre: | EDWIN JAVIER GARCIA | | Fecha: | 2017/11/10 |
| Dirección: | CALLE DEL COMERCIO | | Vcto: | 2017/11/10 |
| Ciudad: | TUMACO | Tel: 03154691328 Nit: 1.059.094.491 | | |

| Referencia | Descripcion | Cantidad | V/R. Unitario | V/R. Total |
|---|---|---|---|---|
| E75BMHDX | MOTOR F/BORDA YAMAHA E75BMHDX. SERIE 66JKX-1003400 | 1.00 | 21.000.000,00 | 21.000.000,00 |

Comentario:
VENCIMIENTOS:

FORMULARIO No. 352017000342744-7
Peticion Sr. MILTON RIOS
0000/00/00      21.000.000,00

RES. DIAN No. 18762001300888
DE FECHA 2016/11/24
DESDE 00000120200 AL 00000125000
HABILITA

DCTO.     0,00
I.V.A.    0,00
VALOR A PAGAR   21.000.000,00

SON: VEINTIUN MILLONES DE PESOS

Esta Factura de Venta se asimila en sus efectos legales a la Letra de Cambio (Segun el articulo 774 del Codigo de Comercio).
Con esta el Comprador declara haber recibido real y materialmente las mercancias y/o servicios descritos en este Titulo-Valor.
Nos reservamos el derecho de dominio sobre la mercancia hasta la cancelacion total de esta Factura de Venta.

**NO SOMOS RETENEDORES DE I.V.A.**
**I.V.A. - REGIMEN COMUN**

| MARTHA | | | |
| Elaboró | Revisó | Aprobó | Aceptada (Firma y Sello) C.C. |

# FACTURA DE VENTA  No. EDU - 0000312976

**PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO**
CL SUCRE  6 02
TUMACO NARI#O
(092)7272475

**EDUARDOÑO S.A**
**NIT. 890.900.082-5**
MEDELLÍN CRA. 48  No  14-68
FAX. (94) 311 09 92 CONMUTADOR  444 58 88
BOGOTÁ AV. 13 (AUTOP. NORTE) No. 198-95
FAX: (91)  674 16 45 CONMUTADOR  :  678 0019
CARTAGENA  CALLE   25  No. 24A-10  CALLE REAL MANGA
FAX:  (95) 660 75 69 CONMUTADOR :  660 83 95
BUENAVENTURA CALLE 6  AV. SIMON BOLIVAR NRO. 21B - 02
CONMUTADOR (2)  242-22-10  FAX (2) 243-33-57

¡MANDA EN SERVICIO!
Buenaventura

| NIT O CEDULA | FECHA DE EMISION |
|---|---|
| 61598889 | 20170927 |

| REFERENCIA | DESCRIPCION | CANTIDAD | PRECIO UNITARIO | % IVA | IMPORTE TOTAL |
|---|---|---|---|---|---|
| E40GMHL | MOTOR F/B 40HP ENDURO PATA LAR<br>S/N 6F6KL1112959<br>S/N 6F6KL1112964<br>S/N 6F6KL1112967<br>S/N 6F6KL1112968<br>S/N 6F6KL1112969<br>S/N 6F6KL1111243 | 6,00 UN | 8.336.906 | 0,0 | 50.021.436 |
| E40JMHL | MOTOR F/B 40HP. ENDURO PATA LA<br>S/N 6J4KL1066274<br>S/N 6J4KL1066260<br>S/N 6J4KL1066271<br>S/N 6J4KL1066272<br>S/N 6J4KL1066273<br>S/N 6J4KL1066473<br>S/N 6J4KL1066468<br>S/N 6J4KL1066469<br>S/N 6J4KL1066470<br>S/N 6J4KL1066471 | 10,00 UN | 8.336.906 | 0,0 | 83.369.061 |
| E75BMHDX | MOTOR F/B 75HP ENDURO ULTRALAR<br>S/N 6GJKX1003396<br>S/N 6GJKX1003406<br>S/N 6GJKX1003384<br>S/N 6GJKX1003408<br>S/N 6GJKX1003407<br>S/N 6GJKX1003401<br>S/N 6GJKX1003388<br>S/N 6GJKX1003421 | 12,00 UN | 18.464.015 | 0,0 | 221.568.184 |

SIGUE...

ACEPTADA:  DECLARAMOS RECIBIDAS REAL Y MATERIALMENTE TODAS LAS MERCANCÍAS CONTENIDAS EN LA PRESENTE FACTURA OBLIGÁNDONOS A SU PAGO EN LA FORMA AQUÍ PACTADA.
"SI PASADOS DIEZ (10) DÍAS CALENDARIO POSTERIORES A LA RECEPCIÓN DE LA FACTURA DE VENTA NO HEMOS RECIBIDO RECLAMO ESCRITO SOBRE LA MISMA SE ENTIENDE ACEPTADA POR EL CLIENTE." LEY 1231 DE 2008

LA MORA CAUSARÁ INTERESES A LA MÁXIMA TASA LEGAL PERMITIDA.
SOMOS GRANDES CONTRIBUYENTES RESOLUCION No 000076 DIC 01/2016
SOMOS AUTORRETENEDORES RESOLUCIÓN 0008552 DE AGOSTOS 27/2010
FAVOR ABSTENERSE DE HACERNOS RETENCIÓN EN LA FUENTE.
AGENTE RETENEDOR DE IVA REGIMEN COMÚN.

IMPRESO POR EDUARDOÑO S.A. NIT 890.900.082-5

AUTORIZACIÓN DE FACTURA POR COMPUTADOR FORMULARIO DIAN No 18762001152645 DEL 2016/11/11 DEL No EDU-280700 AL No EDU-500000

FIRMA EDUARDOÑO S.A.        FIRMA CLIENTE NIT O CÉDULA        - COPIA CLIENTE -        Pagina 1 de 2

---




FACTURA DE VENTA  No. EDU -      0000312976
REFERENCIA: 0000100005

| COMPRADOR | NIT O CEDULA |
|---|---|
| PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO | 61598889 |
| TOTAL EFECTIVO | |
| TOTAL A PAGAR | |

BANCOS
BANCO DE BOGOTA       /  CONVENIO 0313
BANCOLOMBIA              /  CONVENIO 16571
BANCO AGRARIO          /  CONVENIO 13643
Pagos en linea www.eduardono.com



NOTA: Los cheques incluidos en esta consignacion son recibidos sujetos a verificacion posterior por el total.

- BANCO (EFECTIVO) -




FACTURA DE VENTA  No. EDU -      0000312976
REFERENCIA: 0000100005

| COMPRADOR | NIT o CEDULA |
|---|---|
| PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO | 61598889 |

| BANCO | CTA. CTE No. | No. DEL CHEQUE | VALOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

| No. DE CHEQUES | TOTAL CHEQUES |
|---|---|
|  | TOTAL A PAGAR |

NOTA: Los cheques incluidos en esta consignacion son recibidos sujetos a verificacion posterior por el total.

- BANCO (CHEQUE) -

NumRot 2.0 Version:Fac133 / FEcx20170920.ps

RIOS-SILVA-120370

# FACTURA DE VENTA  No. EDU - 0000312976

**EDUARDOÑO S.A**
**NIT. 890.900.082-5**
MEDELLÍN CRA. 48  No  14-68
FAX. (94) 311 09 92 CONMUTADOR  444 58 88
BOGOTÁ AV. 13  (AUTOP. NORTE) No. 198-95
FAX: (91)  674 16 45 CONMUTADOR : 678 0019
CARTAGENA  CALLE  25  No. 24A-10 CALLE REAL MANGA
FAX:  (95) 660 75 69 CONMUTADOR: 660 83 95
BUENAVENTURA CALLE 6  AV. SIMON BOLIVAR NRO. 21B - 02
CONMUTADOR (2)  242-22-10  FAX (2) 243-33-57

**eduardoño**
**¡MANDA EN SERVICIO!**
Buenaventura

**PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO**
**CL SUCRE  6 02**
**TUMACO NARI#O**
**(092)7272475**

| NIT O CEDULA | FECHA DE EMISION |
|---|---|
| 61598889 | 20170927 |

| REFERENCIA | DESCRIPCION | CANTIDAD | PRECIO UNITARIO | % IVA | IMPORTE TOTAL |
|---|---|---|---|---|---|
| E40JMHL | S/N 6GJKX1003432<br>S/N 6GJKX1003434<br>S/N 6GJKX1003400<br>S/N 6GJKX1003435<br>MOTOR F/B 40HP. ENDURO PATA LA<br>S/N 6J4KL1066472 | 1,00 UN | 8.336.906 | 0,0 | 8.336.906 |
| NOTA: | | | VR.M/CIA:<br>IVA | | 363.295.587<br>0 |
| | | | **VALOR FACTURA** | | **363.295.587** |

**DETALLE DE CUOTAS**
DPP 2,5% A 15 D SIN DPP A 30 D
1  20171027     363.295.587

**Radicado Nro. 1000002210484**
**Base Iva Excluido 0% $ 363.295.587 Iva $ 0**

NumRot 2.0 Version:Fac133 / FEcx20170920.ps

- COPIA CLIENTE -     Pagina 2 de 2

RIOS-SILVA-120371

| | |
|---|---|
| EDUARDOÑO S.A  NIT. 890.900.082-5 |  |

| Meses de Garantía: | 06 |
|---|---|
| Modelo del Equipo: | *E40GMHL |
| Serie: | S/N 6F6KL1112959 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**

MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

EDUARDOÑO S.A
NIT. 890.900.082-5



Meses de Garantía: 06
Modelo del Equipo: *E40GMHL
Serie: S/N 6F6KL1112959
Distribuidor: PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI
Fecha: 20170927

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**

MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

EDUARDOÑO S.A
NIT. 890.900.082-5



| Meses de Garantía: | 06 |
|---|---|
| Modelo del Equipo: | *E40GMHL |
| Serie: | S/N 6F6KL1112964 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**

MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

EDUARDOÑO S.A
NIT. 890.900.082-5



Meses de Garantía: 06
Modelo del Equipo: *E40GMHL
Serie: S/N 6F6KL1112964
Distribuidor: PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI
Fecha: 20170927

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**

MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

EDUARDOÑO S.A
NIT. 890.900.082-5

| Meses de Garantía: | 06 |
|---|---|
| Modelo del Equipo: | *E40GMHL |
| Serie: | S/N 6F6KL1112967 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**

MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

EDUARDOÑO S.A
NIT. 890.900.082-5



Meses de Garantía: 06
Modelo del Equipo: *E40GMHL
Serie: S/N 6F6KL1112967
Distribuidor: PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI
Fecha: 20170927

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**

MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

**EDUARDOÑO S.A**
NIT. 890.900.082-5



| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40GMHL |
| Serie: | S/N 6F6KL1112968 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

**EDUARDOÑO S.A**
NIT. 890.900.082-5



| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40GMHL |
| Serie: | S/N 6F6KL1112968 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

**EDUARDOÑO S.A**
NIT. 890.900.082-5



| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40GMHL |
| Serie: | S/N 6F6KL1112969 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

**EDUARDOÑO S.A**
NIT. 890.900.082-5



| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40GMHL |
| Serie: | S/N 6F6KL1112969 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

**EDUARDOÑO S.A**
NIT. 890.900.082-5

| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40GMHL |
| Serie: | S/N 6F6KL1111243 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

**EDUARDOÑO S.A**
NIT. 890.900.082-5



| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40GMHL |
| Serie: | S/N 6F6KL1111243 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

| EDUARDOÑO S.A | |
|---|---|
| NIT. 890.900.082-5 |  |
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40JMHL |
| Serie: | S/N 6J4KL1066274 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

| EDUARDOÑO S.A | |
|---|---|
| NIT. 890.900.082-5 |  |
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40JMHL |
| Serie: | S/N 6J4KL1066274 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

| EDUARDOÑO S.A | |
|---|---|
| NIT. 890.900.082-5 |  |
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40JMHL |
| Serie: | S/N 6J4KL1066260 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

| EDUARDOÑO S.A | |
|---|---|
| NIT. 890.900.082-5 |  |
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40JMHL |
| Serie: | S/N 6J4KL1066260 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

| EDUARDOÑO S.A | |
|---|---|
| NIT. 890.900.082-5 | |
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40JMHL |
| Serie: | S/N 6J4KL1066271 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

| EDUARDOÑO S.A | |
|---|---|
| NIT. 890.900.082-5 |  |
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40JMHL |
| Serie: | S/N 6J4KL1066271 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

| | |
|---|---|
| EDUARDOÑO S.A |  |
| NIT. 890.900.082-5 | ¡MANDA EN SERVICIO! |
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40JMHL |
| Serie: | S/N 6J4KL1066272 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

EDUARDOÑO S.A
NIT. 890.900.082-5

Meses de Garantía: 06
Modelo del Equipo: *E40JMHL
Serie: S/N 6J4KL1066272
Distribuidor: PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI
Fecha: 20170927

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

EDUARDOÑO S.A
NIT. 890.900.082-5



| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40JMHL |
| Serie: | S/N 6J4KL1066273 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

EDUARDOÑO S.A
NIT. 890.900.082-5


Meses de Garantía: 06
Modelo del Equipo: *E40JMHL
Serie: S/N 6J4KL1066273
Distribuidor: PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI
Fecha: 20170927

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

EDUARDOÑO S.A
NIT. 890.900.082-5



| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40JMHL |
| Serie: | S/N 6J4KL1066473 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

EDUARDOÑO S.A
NIT. 890.900.082-5


Meses de Garantía: 06
Modelo del Equipo: *E40JMHL
Serie: S/N 6J4KL1066473
Distribuidor: PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI
Fecha: 20170927

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps



RIOS-SILVA-120375

**EDUARDOÑO S.A**
NIT. 890.900.082-5



| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40JMHL |
| Serie: | S/N 6J4KL1066468 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

**EDUARDOÑO S.A**
NIT. 890.900.082-5

| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40JMHL |
| Serie: | S/N 6J4KL1066468 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

**EDUARDOÑO S.A**
NIT. 890.900.082-5



| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40JMHL |
| Serie: | S/N 6J4KL1066469 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

**EDUARDOÑO S.A**
NIT. 890.900.082-5

| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40JMHL |
| Serie: | S/N 6J4KL1066469 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

**EDUARDOÑO S.A**
NIT. 890.900.082-5



| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40JMHL |
| Serie: | S/N 6J4KL1066470 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

**EDUARDOÑO S.A**
NIT. 890.900.082-5




| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40JMHL |
| Serie: | S/N 6J4KL1066470 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

| EDUARDOÑO S.A | | EDUARDOÑO S.A | |
|---|---|---|---|
| NIT. 890.900.082-5 |  | NIT. 890.900.082-5 | |
| Meses de Garantía: | 06 | Meses de Garantía: | 06 |
| Modelo del Equipo: | *E40JMHL | Modelo del Equipo: | *E40JMHL |
| Serie: | S/N 6J4KL1066471 | Serie: | S/N 6J4KL1066471 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO | Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 | Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**

MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

| EDUARDOÑO S.A | | EDUARDOÑO S.A | |
|---|---|---|---|
| NIT. 890.900.082-5 |  | NIT. 890.900.082-5 |  |
| Meses de Garantía: | 06 | Meses de Garantía: | 06 |
| Modelo del Equipo: | *E75BMHDX | Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003396 | Serie: | S/N 6GJKX1003396 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO | Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 | Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**

MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

| EDUARDOÑO S.A | | EDUARDOÑO S.A | |
|---|---|---|---|
| NIT. 890.900.082-5 |  | NIT. 890.900.082-5 |  |
| Meses de Garantía: | 06 | Meses de Garantía: | 06 |
| Modelo del Equipo: | *E75BMHDX | Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003406 | Serie: | S/N 6GJKX1003406 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO | Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 | Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**

MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps



RIOS-SILVA-120377

**EDUARDOÑO S.A**
NIT. 890.900.082-5



| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003384 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

**EDUARDOÑO S.A**
NIT. 890.900.082-5

| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003384 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

**EDUARDOÑO S.A**
NIT. 890.900.082-5



| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003408 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

**EDUARDOÑO S.A**
NIT. 890.900.082-5



| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003408 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

**EDUARDOÑO S.A**
NIT. 890.900.082-5



| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003407 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

**EDUARDOÑO S.A**
NIT. 890.900.082-5



| | |
|---|---|
| Meses de Garantía: | 06 |
| Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003407 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps



RIOS-SILVA-120378

| EDUARDOÑO S.A | |
|---|---|
| NIT. 890.900.082-5 |  |

| Meses de Garantía: | 06 |
|---|---|
| Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003401 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**

MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

| EDUARDOÑO S.A | |
|---|---|
| NIT. 890.900.082-5 | |

| Meses de Garantía: | 06 |
|---|---|
| Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003401 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**

MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

| EDUARDOÑO S.A | |
|---|---|
| NIT. 890.900.082-5 |  |

| Meses de Garantía: | 06 |
|---|---|
| Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003388 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**

MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

| EDUARDOÑO S.A | |
|---|---|
| NIT. 890.900.082-5 |  |

| Meses de Garantía: | 06 |
|---|---|
| Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003388 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**

MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

| EDUARDOÑO S.A | |
|---|---|
| NIT. 890.900.082-5 |  |

| Meses de Garantía: | 06 |
|---|---|
| Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003421 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**

MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

| EDUARDOÑO S.A | |
|---|---|
| NIT. 890.900.082-5 |  |

| Meses de Garantía: | 06 |
|---|---|
| Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003421 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**

MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps



RIOS-SILVA-120379

| EDUARDOÑO S.A  NIT. 890.900.082-5 |  | EDUARDOÑO S.A  NIT. 890.900.082-5 |  |
|---|---|---|---|
| Meses de Garantía: | 06 | Meses de Garantía: | 06 |
| Modelo del Equipo: | *E75BMHDX | Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003432 | Serie: | S/N 6GJKX1003432 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO | Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 | Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

| EDUARDOÑO S.A  NIT. 890.900.082-5 |  | EDUARDOÑO S.A  NIT. 890.900.082-5 |  |
|---|---|---|---|
| Meses de Garantía: | 06 | Meses de Garantía: | 06 |
| Modelo del Equipo: | *E75BMHDX | Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003434 | Serie: | S/N 6GJKX1003434 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO | Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 | Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

| EDUARDOÑO S.A  NIT. 890.900.082-5 |  | EDUARDOÑO S.A  NIT. 890.900.082-5 |  |
|---|---|---|---|
| Meses de Garantía: | 06 | Meses de Garantía: | 06 |
| Modelo del Equipo: | *E75BMHDX | Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003400 | Serie: | S/N 6GJKX1003400 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO | Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI |
| Fecha: | 20170927 | Fecha: | 20170927 |

Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

| EDUARDOÑO S.A | |
|---|---|
| NIT. 890.900.082-5 |  |

| Meses de Garantía: | 06 |
|---|---|
| Modelo del Equipo: | *E75BMHDX |
| Serie: | S/N 6GJKX1003435 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**

MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970

NumRot 2.0 Version:Fac133 / FEcx20170920.ps

---

**EDUARDOÑO S.A**

NIT. 890.900.082-5



| Meses de Garantía: | 06 |
|---|---|
| Modelo del Equipo: | *E40JMHL |
| Serie: | S/N 6J4KL1066472 |
| Distribuidor: | PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDINO |
| Fecha: | 20170927 |

Linea de Servicio al Cliente
**01 8000 180 180  www.eduardono.com**

MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970

NumRot 2.0 Version:Fac133 / FEcx20170920.ps

**EDUARDOÑO S.A**
NIT. 890.900.082-5

Meses de Garantía: 06
Modelo del Equipo: *E75BMHDX
Serie: S/N 6GJKX1003435
Distribuidor: PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI
Fecha: 20170927
Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

**EDUARDOÑO S.A**
NIT. 890.900.082-5

Meses de Garantía: 06
Modelo del Equipo: *E40JMHL
Serie: S/N 6J4KL1066472
Distribuidor: PALACIOS ORTIZ CARLOS TEONILO ALMACEN ANDI
Fecha: 20170927
Linea de Servicio al Cliente
01 8000 180 180  www.eduardono.com
MEDELLIN:(4)444 5888 BOGOTA:(1)678 0019 BUENAVENTURA:(2)242 2210 CARTAGENA:Manga (5)660 83 95 / Bosque (5)669 4970
NumRot 2.0 Version:Fac133 / FEcx20170920.ps

RIOS-SILVA-120381